IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL,

    Petitioner,

vs.                                                  Case No. 3:14cv307-LC/CAS

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 13, 2014. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.

    On December 22, 2014, Petitioner filed Objections to the Report and Recommendation (Doc. 20). In those Objections he stated that, due to the limitations of the legal materials at the Florida Civil Commitment Center where he is housed, he was unable to gain access to the latest court decisions. In particular, Petitioner stated that he did not have the benefit of *Young v. FCC Coleman, Medium Warden*, --- Fed. Appx. ----, 2014 WL 4697583 (11th Cir. Sept. 23, 2014), which the Magistrate Judge cited to in the Report and Recommendation. Also on December 22, 2014, Petitioner filled a Motion for Temporary Restraining Order/Preliminary

Injunction (Doc. 22) requesting he be provided current materials so that he could review the *Young* case.

The Court will direct that a copy of the *Young* case be provided Petitioner. *Young* does not help Petitioner's present cause, however, because it is beyond question that a successive petition -- which Petitioner's petition clearly is -- requires authorization from the circuit court of appeals in order to proceed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Absent such authorization, the district court must dismiss the petition. *See Jackson v. Crosby*, 437 F.3d 1290, 1293 (11th Cir. 2006) (citing *Gonzalez v. Secretary for Dept. of Corrections*, 366 F.3d 1253 (11th Cir. 2004).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of Petitioner's Objections,[1] and, having considered them alongside the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 10) is **GRANTED** and the § 2254 Petition for Writ of Habeas Corpus (Doc. 1) **DISMISSED.**

---

[1] Petitioner also filed proposed Second and Third Amended Petitions (Docs. 24, 25), the titles of which indicated that they also included Objections to the Report and Recommendation. The Court has reviewed these documents in the context of Objections as well.

3.  Respondent's Motion for Sanctions (Doc. 10) is **DENIED**.

4.  Petitioner's Motion to Strike Response Filed by the Assistant Attorney General (Doc. 11) is **DENIED**.

5.  Petitioner's Motion to Compel Respondent to Provide Copy of Trial Transcript of the Harassing Telephone Call Proceeding (Doc. 12) is **DENIED**.

6. Petitioner's Motion for Temporary Restraining Order/Preliminary Injunction (Doc. 22) is **DENIED** as moot.

7. Petitioner's Motions to File Amended Habeas Petition (Docs. 23, 26) are **DENIED**.

8.  A Certificate of Appealability is **DENIED**, and leave to appeal in forma pauperis is also **DENIED**.

**ORDERED** on this 8th day of January, 2015.

                                                                                           s/*L.A. Collier*
                                                                     Lacey A. Collier
                                           Senior United States District Judge